IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

K-BEECH, INC.,

                Plaintiff,

v.                                        Civil Action No. 3:11cv469-JAG

JOHN DOES 1-85,

                Defendants.

## ORDER

THIS MATTER is before the Court on the plaintiff's emergency motion (Dk. No. 11) filed on October 10, 2011. Upon due consideration, the Court recognizes that it made a typographical error in paragraph 4 of the "Conclusion" section of its October 5, 2011, Order. Paragraph 4 in the "Conclusion" section of the October 5, 2011, Order should have read:

    4. The plaintiff is directed to serve notices on all Doe defendants for whom it has received identifying information. The notices shall inform each John Doe that his or her case has been severed and the subpoenas to obtain his or her personal information have been quashed. The plaintiff shall file, under seal, copies of all such notices with the Court and send copies of the Court's amended October 5, 2011, Order to all Doe defendants for which it has received identifying information;

All other provisions of the Court's October 5, 2011, shall remain in full effect with the additional requirement in paragraph 4 as noted above. The Court has entered an amended Order this day.

It is SO ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: October 13, 2011
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge