IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

K-BEECH, INC.,
          Plaintiff,

v.                                       Civil Action No. 3:11cv469-JAG

JOHN DOES 1-85,
          Defendants.

## ORDER

The Court ORDERS that a hearing will be held on Monday, October 24, 2011, at 10:00 a.m. to consider whether the plaintiff, its attorney, or both are subject to sanctions for violating Federal Rule of Civil Procedure 11, pursuant to the show cause Order entered on October 5, 2011.

It is SO ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: October 14, 2011
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge