IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

K-BEECH, INC.,

                Plaintiff,

v.                                            Civil Action No. 3:11cv469-JAG

JOHN DOES 1-85,

                Defendants.

## ORDER

THIS MATTER is before the Court on the plaintiff's motion for reconsideration (Dk. No. 10). Upon due consideration and for the reasons stated in its Amended Memorandum Order (Dk. No. 13), the Court hereby DENIES the plaintiff's motion.

It is SO ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: <u>October 28, 2011</u>
Richmond, VA

                                                 /s/
                                  John A. Gibney, Jr.
                                  United States District Judge