**CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET**

DATE: 12/20/11

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>K Beech, Inc.<br>v.<br>John Does 1-85 | CASE NO: 3:11CV469<br>JUDGE: Gibney<br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR:  BENCH TRIAL ( )  MOTION HEARING ( ) OTHER: _Show Cause Hrg_

APPEARANCES:   Parties by ( )/with ( ✓ ) counsel      Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )    DEFENDANT(S) ( ) Court ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( )   RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )      ARGUMENTS OF COUNSEL HEARD ( ✓ )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )    MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS:

_The Court will not hold plaintiff liable for_
_Sanctions under Rule 11._

_____

Counsel for Plaintiff(s)
Wyatt B Durrette, Jr., John B. Warden, IV

~~Counsel for Defendant(s)~~
counsel David W. O'Bryan (also counsel for pltf) represented by Leonard Paris

| SET: 9:00am | BEGAN: 9:02am | ENDED: 9:14am | TIME IN COURT: 12 mins. |
|---|---|---|---|

RECESSES: