IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

K-BEECH, INC.,

           Plaintiff,

v.                                        Civil Action No. 3:11cv469-JAG

JOHN DOE 1,

           Defendant.

## ORDER

THIS MATTER is before the Court following its show cause hearing on December 20, 2011. For the reasons stated from the bench, the Court DECLINES to issue sanctions against the plaintiff in this case.

It is SO ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: December 21, 2011
Richmond, VA

                                          /s/
                                John A. Gibney, Jr.
                                United States District Judge