**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| K-BEECH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOE 1, )<br>)<br>Defendant. )<br>) | Civil Action No. 3:11cv469-JAG<br>Hon. John A. Gibney, Jr. |

## UNCONTESTED MOTION TO WITHDRAW

COME NOW Wyatt B. Durrette, Jr., Esquire, Christine A. Williams, Esquire, J. Buckley Warden IV, Esquire, and the law firm of DurretteCrump PLC, co-counsel for Plaintiff K-Beech, Inc., (hereinafter referred to as "Movants"), and move the Court to enter an Order allowing them to withdraw as counsel of record for Plaintiff K-Beech, Inc., in the above-styled matter for the following reason(s):

Movants were retained by Plaintiff to represent it in a very limited capacity in this matter, specifically, the Rule 11 issues. The Rule 11 matters have been resolved, and the services of Movants are no longer required in this matter.

WHEREFORE, Movants respectfully requests the Court to enter the attached sketch Order granting their Motion to Withdraw as counsel of record for the Plaintiff.

1

K-BEECH, INC.,

      /s/   Wyatt B. Durrette, Jr.
Wyatt B. Durrette, Jr., Esquire (VSB No. 04719)
Christine A. Williams, Esquire (VSB No. 47074)
J. Buckley Warden IV, Esquire (VSB No. 79183)
DurretteCrump PLC
1111 East Main Street, 16th Floor
Richmond, Virginia  23219
Telephone:    (804) 775-6900
Facsimile:    (804) 775-6911

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      /s/   Wyatt B. Durrette, Jr.
Wyatt B. Durrette, Jr.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| K-BEECH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:11cv469-JAG |
| ) | Hon. John A. Gibney, Jr. |
| JOHN DOE 1, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER TO WITHDRAW AS COUNSEL

By Motion of Wyatt B. Durrette, Jr., Esquire, Christine A. Williams, Esquire, J. Buckley Warden IV, Esquire, and the law firm of DurretteCrump PLC, it is hereby GRANTED AND ORDERED that Wyatt B. Durrette, Jr., Esquire, Christine A. Williams, Esquire, J. Buckley Warden IV, Esquire, and the law firm of DurretteCrump PLC, be allowed to withdraw as counsel of record for Plaintiff K-Beech, Inc., in the above-styled matter.

ENTER:      /     /

_____
The Honorable John A. Gibney, Jr.
United States District Court